IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EIBE SCOTT, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:22-CV-378-WHA-CSC |
| DAVE SUTTON, SHERIFF, et al., | ) |
| Defendants. | ) |

**ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on August 18, 2022. Doc. 9. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 7th day of September 2022.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE